**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THE GINGISS GROUP, INC., et al.,<br><br>Debtors.<br><hr>ALFRED T. GIULIANO, Chapter 7 Trustee for the estates of THE GINGISS GROUP, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SULMEYER KUPETZ,<br>A PROFESSIONAL CORPORATION,<br><br>Defendant. | Case No. LA 03-13364-(MFW)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>Adv. No. 06-50618 (KJC) |

## DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT

Pursuant to 28 U.S.C. § 157(d), defendant **Sulmeyer**Kupetz, A Professional Corporation ("Defendant"), by and through its undersigned counsel, hereby moves this Court ("Motion") for withdrawal of the reference to have the matter heard by the United States District Court for the District of Delaware. In support of its Motion, Defendant fully incorporates by reference its brief filed simultaneously with the Motion.

HNM\MTN\508277.1

DATED: July 26, 2006

Respectfully submitted,

SULMEYERKUPETZ
A Professional Corporation

/s/ Howard N. Madris
Howard N. Madris
333 South Hope Street, Thirty-Fifth Floor,
Los Angeles, CA 90071
213.626.2311
Fax: 213.629.4520
hmadris@sulmeyerlaw.com

HEIMAN, GOUGE & KAUFMAN, LLP

/s/ Susan E. Kaufman
Susan E. Kaufman (DSB # 3381)
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

HNM\MTN\508277.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE GINGISS GROUP, INC., et al.,<br><br>Debtors.<br><br>---<br><br>ALFRED T. GIULIANO, Chapter 7 Trustee for the estates of THE GINGISS GROUP, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SULMEYER KUPETZ, A PROFESSIONAL CORPORATION,<br><br>Defendant. | Case No. LA 03-13364-(MFW)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>Adv. No. 06-50618 |

## ORDER WITHDRAWING REFERENCE

Upon the Motion of Defendant **Sulmeyer**Kupetz to Withdraw the Reference to the Bankruptcy Court (the "Motion"), and adequate notice having been given and no other further notice being necessary; and based upon the arguments and for cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the reference of this adversary proceeding is withdrawn and further proceedings shall be conducted in the District Court.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

[HNM\LIT\508234.1]

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE GINGISS GROUP, INC., et al.,<br><br>Debtors. | Case No. LA 03-13364-(MFW)<br><br>(Jointly Administered)<br><br>Chapter 7 |
| ALFRED T. GIULIANO, Chapter 7 Trustee for the estates of THE GINGISS GROUP, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SULMEYER KUPETZ,<br>A PROFESSIONAL CORPORATION,<br><br>Defendant. | Adv. No. 06-50618 (KJC) |

### CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the within Defendant's Motion to Withdraw the Reference to the Bankruptcy Court, Defendant's Motion for A Determination of Core Status and Opening Brief in Support of Defendants' Motion to Withdraw the Reference to the Bankruptcy Court to be sent on July 26, 2006 in the manner indicated to the following:

<u>Via Fax and Hand Delivery</u>

Sheldon K. Rennie, Esquire
Fox Rothschild, LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801

<u>Via Fax and U.S. Mail, Postage Prepaid</u>

Michael G. Menkowitz, Esquire
Mark G. McCreary, Esquire
Fox Rothschild, LLP
2000 Market Street
10th Floor
Philadelphia, PA 19103
215-299-2150 (fax)

          HEIMAN, GOUGE & KAUFMAN, LLP

          */s/ Susan E. Kaufman*
          Susan E. Kaufman (DSB # 3381)
          800 King Street
          Suite 303
          P.O. Box 1674
          Wilmington, DE 19801
          (302) 658-1800

Dated: July 26, 2006

**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO U.S.**

**DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Adversary Case:  06-50618 (MFW)
Related BK Case: 03-13364 (MFW)

Deputy Clerk Transferring Case: **Sherry A. Johnson**

Case Type:  Motion For Withdraw of Reference

**Parties**:    **Alfred T. Giuliano, Chapter 7 Trustee for the estates of The Gingiss Group, Inc., et al, -v- Sulmeyer Kupetz, A Professional Corporation**

**Plaintiff's Counsel:**     **Seth A. Niederman**
Fox Rothschild LLP
919 North Market Street
Suite 1300, PO Box 2323
Wilmington, DE 19899
302-622-4238
Fax : 302-656-8920
Email: sniederman@foxrothschild.com

**Sheldon K. Rennie** *(LEAD ATTORNEY)*
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: srennie@foxrothschild.com

**Defendant's Counsel:**     **Susan E. Kaufman**

Heiman, Gouge & Kaufman, LLP

800 King Street

Suite 303

Wilmington, DE 19899-1675

302 658-1800

Fax : 302-658-1473

Email: skaufman@hgkde.com