IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE GINGISS GROUP, INC., et al.,[1] | : | Bankruptcy Case No. 03-13364 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ALFRED T. GIULIANO, | : | |
| Chapter 7 Trustee for the estates of | : | |
| THE GINGISS GROUP, INC., et al,[1] | : | Adversary No. 06-50618 (KJC) |
| Plaintiff, | : | |
| v. | : | District Court No.: 1:06-cv-00518 |
| | : | |
| SULMEYER KUPETZ, | : | |
| A PROFESSIONAL CORPORATION, | : | |
| Defendant. | : | |

**STIPULATION GRANTING TRUSTEE AN EXTENSION OF TIME TO
RESPOND TO SULMEYER KUPETZ'S MOTION FOR WITHDRAWAL OF
REFERENCE AND MOTION FOR A DETERMINATION OF CORE STATUS**

It is hereby stipulated and agreed that Alfred T. Giuliano, Chapter 7 Trustee for the jointly administered estates of The Gingiss Group, Inc., et al., shall have until September 25, 2006, to file a response to Sulmeyer Kupetz, a Professional Corporation's Motion for Withdrawal of Reference and Motion for a Determination of Core Status. This Stipulation is entered into without prejudice to obtain further extensions as necessary. Furthermore, this Stipulation contains the entire agreement between the parties and may only be amended in writing, executed by both parties hereto and approved by the Bankruptcy Court.

---

[1] The Debtors include: The Gingiss Group, Inc., Gary's Operating, Inc., GII Acquisition, Inc., Gingiss International, Inc., and Gingiss Formalwear, Inc.

WM1A 84301v1 08/23/06

| FOX ROTHSCHILD LLP | HEIMAN, GOUGE & KAUFMAN, LLP |
|---|---|
| By: ___/s/ *Seth A. Niederman*___<br>Sheldon K. Rennie, Esquire (# 3772)<br>Seth A. Niederman, Esquire (#4588)<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801-3046<br>Tel. (302) 654-7444/Fax (302) 656-8920<br>sniederman@foxrothschild.com | By: ___/s/ Susuan E. Kaufman___<br>Susan E. Kaufman, Esquire (# 3381)<br>800 North King Street, Suite 303<br>Wilmington, DE 19899-1675<br>Tel. (302) 658-1800<br>Fax: (302) 658-1473<br>skaufman@hgkde.com |
| - and - | - and - |
| Michael G. Menkowitz, Esquire<br>Samuel Israel, Esquire<br>Magdalena Schardt, Esquire<br>2000 Market Street, Tenth Floor<br>Philadelphia, PA 19103-3291<br>Tel. (215) 299-2000/Fax (215) 299-2150 | Howard N. Madris, Esquire<br>SULMEYER KUPETZ, PC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>Tel. (213) 626-2311<br>Fax (213) 629-4520 |
| *Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for The Gingiss Group, Inc., et al.* | *Attorneys for Sulmeyer Kupetz, a Professional Corporation* |
| Dated: August 23, 2006 | Dated: August 23, 2006 |

SO ORDERED, this _____ day of _____ , 2006.

_____
**J.**