IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE GINGISS GROUP, INC., et al.,[1] | : | Bankruptcy Case No. 03-13364 (MFW) |
| | : | (Substantively Consolidated) |
| Debtors. | : | |
| | : | |
| ALFRED T. GIULIANO, | : | |
| Chapter 7 Trustee for the estates of | : | |
| THE GINGISS GROUP, INC., et al,[1] | : | Adversary No. 06-50618 (KJC) |
| Plaintiff, | : | |
| v. | : | District Court No.: 1:06-cv-00518 |
| | : | |
| SULMEYER KUPETZ, | : | |
| A PROFESSIONAL CORPORATION, | : | |
| Defendant. | : | |

**STIPULATION GRANTING TRUSTEE AN EXTENSION OF TIME TO RESPOND TO SULMEYER KUPETZ'S MOTION FOR WITHDRAWAL OF REFERENCE AND MOTION FOR A DETERMINATION OF CORE STATUS**

    It is hereby stipulated and agreed that Alfred T. Giuliano, Chapter 7 Trustee for the substantively consolidated estates of The Gingiss Group, Inc., et al., shall have until November 1, 2006, to file a response to Sulmeyer Kupetz, a Professional Corporation's Motion for Withdrawal of the Reference and Motion for a Determination of Core Status (the "Motions"). It is further stipulated that all deadlines set forth in the Scheduling Order entered in this matter on July 12, 2006 shall be stayed pending the resolution of the Motions. If the parties continue to pursue the adversary proceeding after the resolution of the Motions, the parties shall submit a revised Scheduling Order, as necessary, with new dates agreeable to all parties. The extensions agreed upon between the parties are intended to allow the parties to continue settlement discussions and are not meant to cause undue delay.

---

[1] The Debtors include: The Gingiss Group, Inc., Gary's Operating, Inc., GII Acquisition, Inc., Gingiss International, Inc., and Gingiss Formalwear, Inc.

WM1A 86156v1 09/25/06

This Stipulation is entered into without prejudice to obtain further extensions, as necessary. Furthermore, this Stipulation contains the entire agreement between the parties and may only be amended in writing, executed by both parties hereto and approved by the Bankruptcy Court.

| | |
|---|---|
| FOX ROTHSCHILD LLP | HEIMAN, GOUGE & KAUFMAN, LLP |
| By: ___/s/ Seth A. Niederman_____ | By: _/s/ Susan E. Kaufman, Esquire_____ |
| Sheldon K. Rennie, Esquire (# 3772) | Susan E. Kaufman, Esquire (# 3381) |
| Seth A. Niederman, Esquire (#4588) | 800 North King Street, Suite 303 |
| 919 N. Market Street, Suite 1300 | Wilmington, DE 19899-1675 |
| Wilmington, DE 19801-3046 | Tel. (302) 658-1800 |
| Tel. (302) 654-7444/Fax (302) 656-8920 | Fax: (302) 658-1473 |
| sniederman@foxrothschild.com | skaufman@hgkde.com |
| - and - | - and - |
| Michael G. Menkowitz, Esquire | Howard N. Madris, Esquire |
| Samuel Israel, Esquire | SULMEYER KUPETZ, PC |
| Magdalena Schardt, Esquire | 333 South Hope Street, 35th Floor |
| 2000 Market Street, Tenth Floor | Los Angeles, CA 90071 |
| Philadelphia, PA 19103-3291 | Tel. (213) 626-2311 |
| Tel. (215) 299-2000/Fax (215) 299-2150 | Fax (213) 629-4520 |
| *Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for The Gingiss Group, Inc., et al.* | *Attorneys for Sulmeyer Kupetz, a Professional Corporation* |
| Dated: September 22, 2006 | Dated: September 22, 2006 |

SO ORDERED, this _____ day of _____ , 2006.

_____
**J.**