IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
In Re:                              )
                                    )
THE GINGISS GROUPS, INC.,           )   Case No. LA 03-13364-MFW
et al.,                             )   (Jointly Administered)
                                    )   Chapter 7
         Debtors.                   )   Adv. No. 06-50618-KJC

ALFRED T. GIULIANO, Chapter         )
7 Trustee for the estates of        )
THE GINGISS GROUP, INC.,            )
et al.,                             )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   Civ. No. 06-518-SLR
                                    )
SULMEYER KUPETZ,                    )
a professional corporation,         )
                                    )
         Defendant.                 )
```

**O R D E R**

At Wilmington this 5th day of February, 2007, having reviewed defendant's motion to withdraw the reference based upon its demand for a jury trial;

IT IS ORDERED that said motion (D.I. 1) is denied without prejudice to renew when the case is ready for trial. More specifically, the bankruptcy judge assigned to this adversary proceeding shall manage the discovery process and any motion practice. A renewed motion for withdrawal of the reference will be considered only when the parties (through stipulation) or the bankruptcy judge (through a decision) identify the genuine issues

of material fact which should be tried to a jury.

                                                    United States District Judge